UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ANTOINE TAYLOR** | **CASE NO. 6:23-CV-01426** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **BURLINGTON INSURANCE CO.** | **MAGISTRATE JUDGE WHITEHURST** |

### ORDER OF DISMISSAL

As the parties have agreed to a settlement of all claims and have placed the terms of settlement on the record in open court this date,

IT IS HEREBY ORDERED that this action shall be and is DISMISSED WITHOUT PREJUDICE. No later than sixty (60) days of the date hereof, the parties shall file one of the following: (a) a motion for entry of judgment on all claims; (b) a motion to reopen this matter and reinstate all claims for failure to finalize the settlement agreement; (c) a motion to enforce the settlement agreement; or (d) a motion to extend the sixty-day deadline. If the parties do not file one of the forgoing motions within sixty (60) days, this Order of Dismissal shall become a Final Judgment of Dismissal with prejudice, each party to bear their own costs.

THUS DONE in Chambers on this 3rd day of November, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE